UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUAREZ FAGUNDES** | **CIVIL NO. 6:14-cv-804** |
| **VS.** | **JUDGE HAIK** |
| **ERIC HOLDER, ET AL.** | **MAGISTRATE JUDGE HANNA** |

### REPORT AND RECOMMENDATION

Currently before the court is a Motion to Dismiss filed on behalf of the respondents in the above-captioned *habeas corpus* action. [doc. 18]. This matter has been referred to the undersigned magistrate judge for review, report, and recommendation in accordance with 28 U.S.C. § 636(b)(1)(B).

A petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 was filed by *pro se* petitioner, Juarez Fagundes, on April 11, 2014 challenging his continued detention in post-removal-order custody. The petition alleges that petitioner was ordered removed, and that his removal order had become final. The petition further alleges that petitioner had remained in the custody of ICE and that the ICE had been unable to remove him. Thus, petitioner claimed that he had been detained beyond both the 90 day removal period and the jurisprudential presumptively reasonable six month removal period in violation of the principles established by the Supreme Court in *Zadvydas v. Davis*, 533 U.S. 678, 121 S.Ct. 2491, 150 L.Ed.2d 653 (2001). Accordingly, petitioner requested that this court order his

release from custody.

The Government responded to the petition indicating that the petitioner would be removed to Brazil following the 2014 FIFA World Soccer Cup which ended on July 15, 2014. [rec. doc. 15]. [rec. doc. 12].

Because neither the Government nor the petitioner had corresponded with this Court since June, 2014, the undersigned ordered the Government to file an updated declaration setting forth petitioner's custody status, or alternatively, if petitioner has been removed, a Motion to Dismiss. [rec. doc. 16]

In response to this Court's order, the respondents filed the instant Motion to Dismiss.  In support of this Motion, the government presents documentation which establishes that the petitioner was removed from the United States to Brazil on September 16, 2014, and thus, was released from post-removal-order detention on that date.  *See* rec. doc. 18-2, Declaration of Brian Gueringer.

At the time that this petition was filed, petitioner was in detention pursuant to the statutory authority of § 241 of the Immigration and Nationality Act (INA), codified at 8 U.S.C. § 1231, and he sought to have the court review his post-removal-order detention.  However, because the petitioner is no longer in custody, his challenge to his post-removal-order detention is now moot and should be dismissed.  For this reason,

IT IS RECOMMENDED that the respondent's Motion to Dismiss [doc. 18] be GRANTED and that this petition be DENIED AND DISMISSED WITH PREJUDICE as moot.

Under the provisions of 28 U.S.C. § 636(b)(1)(C), the parties have fourteen (14) days from receipt of this Report and Recommendation to file any objections with the Clerk of Court. Timely objections will be considered by the district judge prior to a final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY FROM ATTACKING ON APPEAL, EXCEPT UPON GROUNDS OF PLAIN ERROR, THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT COURT.**

THUS DONE AND SIGNED in Chambers at Lafayette, Louisiana, September 18, 2015.

_____
**PATRICK J. HANNA**
**UNITED STATES MAGISTRATE JUDGE**

COPY SENT:

DATE:   9/21/2015
BY:         EFA
TO:         RTH

pj