U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 07 2015

TONY R. MOORE, CLERK
BY _____
         DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUAREZ FAGUNDES** | **CIVIL NO. 6:14-cv-804** |
| **VS.** | **JUDGE HAIK** |
| **ERIC HOLDER, ET AL.** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the respondent's Motion to Dismiss [doc. 18] is **GRANTED** and that this petition is **DENIED AND DISMISSED WITH PREJUDICE** as moot.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 6th day of October, 2015.

_____
RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE